**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAUDI JUSTIN, and all others similarly situated,
and THE COMMUNITY SERVICE SOCIETY OF
NEW YORK,

                      Plaintiffs,

    -against-                                                22 **CIVIL** 10370 (NRB)

                                                                   **<u>JUDGMENT</u>**

MILTON ADAIR TINGLING, in his official
capacity as County Clerk of New York County and
Commissioner of Jurors,

                      Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 13, 2026, defendant's motion is granted in full, and the Court has dismissed plaintiffs' claims under the Sixth and Fourteenth Amendments; accordingly, the case is closed.

**Dated:** New York, New York

      February 17, 2026

                                                                 **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                 **BY:**        *K. Mango*

                                                                   **Deputy Clerk**